**No. 51121.**—Protests 44458–K, etc., of Wm. S. Pitcairn Corp. (New York).

Opinion by Keefe, J. It was stipulated that the merchandise consists of oatmeals or oatmeal saucers and chowder cups or puree cups the same in all material respects as those passed upon in *Copeland & Thompson, Inc.* v. *United States* (12 Cust. Ct. 85, C. D. 833) and *Johnson Bros.* v. *United States* (15 id. 113,

C. D. 955). In accordance therewith the merchandise was held dutiable as claimed.